# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 22-8336-BER

IN RE:

**SEALED CRIMINAL COMPLAINT**
_____/

FILED BY_____ TM_____ D.C.

**Aug 5, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests this Honorable Court to seal the attached Criminal Complaint, Affidavit, and supporting documentation with the exception of a copy of the Warrant for Arrest to be provided to the U.S. Marshals Service and law enforcement agent whose name is noted on the Arrest Warrant, relative to the above captioned matter until such time as the defendant is arrested or until further order of the Court.  The defendant is a target of an on-going investigation and early release of the complaint and related documents would compromise the investigation and could lead those involved in the crime to elude law enforcement.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:    s/A. Marie Villafaña
A. Marie Villafaña
Assistant United States Attorney
Florida Bar No. 0018255
500 South Australian Avenue
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
ann.marie.villafana@usdoj.gov