UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8336-BER

IN RE:

SEALED CRIMINAL COMPLAINT

_____/

FILED BY ___TM___ D.C.

Aug 5, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court shall seal the Criminal Complaint, Affidavit, and supporting documentation with the exception of a copy of the Warrant for Arrest to be provided to the U.S. Marshals Service and law enforcement agent whose name is noted on the Arrest Warrant until the defendant is arrested or until further order of the Court.

DONE AND ORDERED at West Palm Beach, Florida, this 5 day of August, 2022.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE