UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____22-8336-BER_____

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

Defendant.
_____/

FILED BY _____ D.C.
AUG 08 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to unseal the Complaint in this matter, due to the arrest and scheduled Initial Appearance of the defendant.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Dated: August 8, 2022   By:   s/*A. Marie Villafaña*
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave, Ste 400
West Palm Beach, FL 33401
(561) 820-8711
Fax: (561) 820-8777
ann.marie.villafana@usdoj.gov