UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____22-8336-BER_____

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

Defendant.
_____/

FILED BY_____ D.C.

AUG 08 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER TO UNSEAL

THIS CAUSE came before the Court on the Motion of the United States to Unseal the Complaint in this matter. It appearing to the Court that the motion is well taken and should be granted,

IT IS HEREBY ORDERED that the Complaint is unsealed and may be placed in the public portion of the court file.

DONE AND ORDERED in West Palm Beach, Florida, this 8th day of August, 2022.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE