

FILED BY _____ D.C.

AUG 08 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _22-8336- BER_____

UNITED STATES OF AMERICA,
           Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

_Jeff Philos Sicoint_
           Defendant.

COMES NOW ___David Tucker___ and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): ___David Tucker___

Counsel's Signature: _____

Address (include City/State/Zip Code):
___2533 Brickell Ave Suit A-1___
___Miami Fla 03129___

Telephone: _305-798-5922_ Florida Bar Number: _40623_

Date: _8/08/22_