FILED BY ⟨signature⟩ D.C.

AUG 12 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-8336 BER

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Jeff Stenn Wrey Philossant
    Defendant.
_____/

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

COMES NOW _____Gregory Solnick_____ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Gregory Solnick

Counsel's Signature: ⟨signature⟩

Address (include City/State/Zip Code):
1645 Palm Beach Lakes Blvd ste 1200
WPB, FL 33401

Telephone: 561 471-1200     Florida Bar Number: 085361

Date: 8/12/22